No. 2021-1881

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

_____

PEDRO WILSON HERNANDEZ-CASTILLO

Defendant-Appellant,

v.

UNITED STATES OF AMERICA,

Plaintiff-Appellee.

_____

**On Appeal from the United States District Court for the District of Massachusetts, Case No. 4:20-CR-40050-TSH-1**

_____

**APPELLANT'S NOTICE OF CONTINUED PENDENCY**

_____

Appellant Pedro Hernandez-Castillo notes to the Court as follows:

1. On July 27, 2022, Appellant filed his opening appellate brief in this matter;

2. On August 24, 2022, the government filed a motion for summary affirmance;

3. The motion for summary affirmance was fully briefed as of September 3, 2022;

4. On September 7, 2023, the Court issued an order "to stay briefing pending the court's decision on the motion for summary disposition"; and

5. Approximately eight months have passed since the stay was entered, and there has been no activity on the case docket since that date.

Dated: May 4, 2023                    Respectfully submitted,

/s/ Emmett E. Robinson
Emmett E. Robinson
ROBINSON LAW FIRM LLC
P.O. Box 602731
Cleveland, Ohio 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonappeals.com

*Attorney for Appellant Pedro Hernandez-Castillo*