# United States Court of Appeals
## For the First Circuit

No. 21-1881

UNITED STATES,

Appellee,

v.

PEDRO WILSON HERNANDEZ-CASTILLO, a/k/a Ramon Perez,

Defendant - Appellant,

**ORDER OF COURT**

Entered: September 7, 2022
Pursuant to 1st Cir. R. 27(d)

    Appellee United States' unopposed motion to stay briefing pending the court's decision on the motion for summary disposition is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Emmett E. Robinson
Donald Campbell Lockhart
Karen Lisa Eisenstadt
Lucy Sun